```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX031006
Cashier ID: sg
Transaction Date: 09/03/2010
Payer Name: ROBERT ROTH
--------------------------------
CIVIL FILING FEE
 For: ROBERT ROTH
 Amount:        $350.00
--------------------------------
CHECK
 Check/Money Order Num: 6433
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

10-CV-02163


A fee of $45.00 will be assessed on
any returned check.
```